MARY A. STOCKFLETH, as Administratrix of the Estate of HENRY STOCKFLETH, Deceased, Respondent, *v.* GUY F. CLEGHORN, Appellant.

*Negligence — motor vehicles — pedestrian on highroad struck by automobile approaching from his rear.*

Stockfleth v. Cleghorn, 195 App. Div. 908, affirmed.

(Argued January 16, 1922; decided January 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 27, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate while walking along the Jericho turnpike between Jamaica and Mineola after eleven o'clock at night was struck from behind by defendant's automobile and killed.

*D. A. Marsh* and *Robert H. Woody* for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.